

AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address, or brief description of person, property or premises to be searched)

One Motorola Mobile Cellular Telephone
Serial Number 364VGY45PK
Seized from the Personal Property of Modesta Luisa Magana

**SEARCH WARRANT**
**08 MJ 1872**

CASE NUMBER: _____

TO: Special Agent Jeffrey Butler and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Jeffrey Butler who has reason to believe that ☐ on the person of or ☐ on the premises known as or ☐ in the property described as (name, description and/or location)

**SEE ATTACHMENT A, incorporated as part of warrant**

In the Southern District of California
there is now concealed a certain person or property, namely (describe the person or property to be seized)

**SEE ATTACHMENT B, incorporated as part of warrant**

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  6-27-08
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Nita L. Stormes, U.S. Magistrate Judge, Southern District of California, as required by law.

6-17-08                                       AT   San Diego CA
Date and Time Issued                                City and State

NITA L. STORMES
U.S. MAGISTRATE JUDGE                               /s/ Nita L. Stormes
Name and Title of Judicial Officer                  Signature of Judicial Officer

AO 93      (Rev. 12/03)  Search Warrant (Reverse)

| **RETURN** | | **Case Number:** |
|---|---|---|
| DATE WARRANT RECEIVED<br>6/17/2008 | DATE AND TIME WARRANT EXECUTED<br>6-20-2008 8:30AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>with phone |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Jeff Butler | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

"My Information"
55 names and phone numbers from contact list

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

ABEL HEREDIA
~~Jeffrey Butler~~

Subscribed, sworn to, and returned before me this date.

_____     8-12-08
Signature of Judge                   Date



## Attachment A
## Description of Property To Be Searched

One Motorola cellular phone with serial number 364VGY45PK seized from Modesta Magana and in the custody of DEA.

The cellular phone to be searched is currently located at the DEA San Ysidro Office in San Ysidro, California.



## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone which evidence the existence of a conspiracy to import, possess, sell, and distribute controlled substances, including:

    a. telephone numbers of incoming/outgoing calls stored in the call registry

    b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

    c. any incoming/outgoing text messages which evidences the ~~relationship between the~~ [NLS] existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

    d. telephone subscriber information; and

    e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963